CLAY WHITTLE and JIMMIE PIERSON V. THE STATE.

No. 21245. Delivered November 13, 1940.

.The opinion states the case.

*Clifford C. Keith,* of Midland, for appellants.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellants were tried jointly by a jury in Midland County on a charge of robbery with firearms. A verdict of guilt with a sentence of thirty years in the penitentiary was assessed against each.

The record is before us without bills of exception. The proceedings seem to be regular and the facts of the case amply justify the jury in returning the verdict which they did in the case. There is nothing before us for consideration. The judgment of the trial court is affirmed.